**Simbara HYDARA, Appellant,**

**v.**

**John DOE, Commissioner of the United States Department of Homeland Security; John Doe, Commissioner of the United States Immigration and Customs Enforcement; Eric H. Holder, Jr.,[1] Attorney General, Appellees.**

**No. 07–3119.**

United States Court of Appeals, Eighth Circuit.

Submitted and Filed: May 7, 2009.

Simbara Hydara, Elk River, MN, pro se.

Lonnie Frank Bryan, U.S. Attorney's Office, District of Minnesota, Minneapolis, MN, for Appellees.

Before RILEY, SMITH, and BENTON, Circuit Judges.

1. Eric H. Holder, Jr., has been appointed to serve as Attorney General of the United States, and is substituted as appellee pursuant to Federal Rule of Appellate Procedure 43(c).

PER CURIAM.

Simbara Hydara appeals from the district court's[2] denial of his 28 U.S.C. § 2241 petition. Upon careful de novo review, *see Abdullah v. Hedrick,* 392 F.3d 957, 959 (8th Cir.2004), we conclude that the district court's decision was proper for the reasons expressed by the district court, *see Lema v. INS,* 341 F.3d 853, 854–57 (9th Cir.2003). Accordingly, we affirm the judgment of the district court. *See* 8th Cir. R. 47B.

2. The Honorable Patrick J. Schiltz, United States District Judge for the District of Minnesota, adopting in part the report and recommendations of the Honorable Janie S. Mayeron, United States Magistrate Judge for the District of Minnesota.